## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

YING LI,  Individually )
1320 North Veitch Street )
Apartment No. 1934 )
Arlington, VA  22201 )
)
       Plaintiff, )
v. )
)
ALBERTO R. GONZALES )
Attorney General of the United States )
950 Pennsylvania Avenue, N.W. )
Washington, D.C.  20530-0001, )
)
MICHAEL CHERTOFF )
Secretary of the Department of Homeland Security )    C.A. No. _____
U.S. Department of Homeland Security )
Washington, D.C.  20528, )
)
EMILIO T. GONZALEZ )
Director of the United States Citizenship and )
   Immigration Services ("CIS") )
20 Massachusetts Avenue, N.W. )
Washington, D.C.  20529, )
)
and )
)
ROBERT S. MUELLER )
Director )
Federal Bureau of Investigation )
J. Edgar Hoover Building )
935 Pennsylvania Avenue, N.W. )
Washington, D.C.  20530 )
)
      Defendants. )
)

## PETITION FOR A HEARING ON STATUS ADJUSTMENT APPLICATION
## PURSUANT TO I.N.A SECTION 336(b), 8 U.S.C. §1447(b)

NOW COMES Plaintiff Ying Li and, pursuant to Section 336(b) of the Immigration and

Naturalization Act, 8 U.S.C §1447(b), hereby requests a hearing for adjudication of Plaintiff's

Application for Adjustment of Status in Court and by the Court or, alternatively, that the Court remand Plaintiff's Application for Adjustment of Status to Permanent Residency to the United States Citizenship and Immigration Services (hereinafter, "CIS") for immediate adjudication. In support of his Petition, Plaintiff states as follows:

1.      Plaintiff's Application for Adjustment of Status to Permanent Residency, Form I-485 ("Adjustment Application") was filed with CIS, Vermont Service Center, on June 18, 2004. Plaintiff's Alien Number is A98 416 314. (See *Exhibit 1*, copy of Adjustment Application and receipt notice from CIS).

2.      The CIS Vermont Service Center recently transferred this Adjustment Application to the CIS Texas Service Center. The Texas Service Center reports a current processing date of September 2006 for I-485 Applications for Adjustment of Status. (See *Exhibit 2*, CIS Transfer Notice and Texas Processing Center Processing Dates Report of March 2007).

3.      CIS  reports that the fingerprints review relating to Adjustment Application has been completed. (See *Exhibit 3*, Case Status Search Report).

4.      Plaintiff's counsel has contacted CIS at least five times to inquire about case status. (See *Exhibit 4*, copy of CIS response letter to inquiry made on September 16, 2005). Plaintiff has directly called CIS another five or six times to inquire. The only thing CIS keeps saying is that "the security check is still pending."

5.      On August 23, 2005 Plaintiffs counsel contacted the FBI regarding security checks related to the Adjustment Application, and to volunteer any additional information. Neither Plaintiff or her counsel received a response. (See *Exhibit 5*, copy of email sent to the FBI National Name Check Program).

6.      It has been approximately 34 months since the Plaintiff's Adjustment Application was filed with CIS and ready for adjudication.

7.     CIS has not requested a re-examination of Plaintiff's Status Adjustment Application nor has requested that Plaintiff submit additional evidence in support of her application.

8.     Plaintiff had named the Director of the FBI as a co-defendant, because upon information and belief, part of the reason for the delay in an adjudication of the petition is the FBI's failure to timely complete the security background check on the Plaintiff. Plaintiff avers that failure of the FBI to complete a background check in 34 months should not be reason for further delay.

9.  Plaintiff is respectful of the need for the government to conduct appropriate background security checks prior to approving status adjustment. But 34 months is enough time, and Plaintiff should not be further delayed by endless statements to the effect of "we are still conducting the background security check," especially when the file, based upon Plaintiff's information and belief, is most likely sitting on a shelf somewhere and no actual security check is being actively conducted.

10.  Moreover, just because it has become the norm for background security checks to cause a delay in processing does not make it reasonable. *See Jefrey v. INS, 710 F. Supp. 486 (S.D.N.Y. 1989).* In *Paunescu v. Immigration and Naturalization Service, 76 F.Supp.2d 896 (N.D.Ill.1999),* the Plaintiffs timely filed to an Adjustment Application pursuant to the 1998 DV Lottery. The FBI failed to complete Mr. Paunescu's fingerprint check within the fiscal year, despite Mr. Paunescu having submitted fingerprints on three separate occasions. *Id.* at 898. Just prior to the end of the fiscal year, on September 25, 1998, the district court, exercising its mandamus jurisdiction, ordered the Agency "immediately [to] complete adjudication of the applications for adjustment [of] status" for both plaintiffs "without delay and by no later than September 30, 1998." *Id.* The Agency failed to comply with this order because the FBI did not

3

complete the fingerprint check until October 8, 1998. Mr. Paunescu's fingerprints, in fact, cleared

the screening process. *Id.* at 902. Characterizing the plaintiffs' experience as a "bureaucratic

nightmare," the court held that the Agency's "failure to perform a …non-discretionary duty

within a reasonable time deprived plaintiffs of (immigrant) visas." *Id.* **The court ordered the**

**Agency to grant plaintiffs all relief "to which they would have been entitled had defendants**

**processed their applications in a timely fashion."** *Id.* **at 903.** In reaching its decision, the

*Paunescu* court relied, in part, on <u>*Marcetic v. Immigration and Naturalization Service,* 1998 WL</u>

<u>173129 (N.D.Ill.1998).</u> In that case, an immigration judge granted the plaintiff's application for

status adjustment, based on his derivative eligibility for a diversity visa, during the fiscal year,

but the Agency failed to issue the visa before the statutory deadline. *Id.* The plaintiff brought an

action for mandamus relief in the district court, and the court compelled the Agency to adjust

plaintiff's status to that of lawful permanent resident. *Id.* "[S]omeone made a ministerial error,"

the court declared, "and it was not the plaintiff. Can plaintiff be denied a green card…because of

that administrative error? We think not." *Id.*

11. Plaintiff further avers that if the petition is approved and then later the FBI and/or

CIS determine that she is a criminal or terrorist, they can always move to rescind the Status

Adjustment approval. But to delay approval any further will be a miscarriage of justice.

12. Plaintiff is a Virginia resident, who resides at 1320 North Veitch Street, Unit

1934, Arlington VA 22201. (<u>See</u> *Exhibit 6*, copy of Plaintiff's Change of Address Notice to

CIS).

13. The DC Federal District Court has jurisdiction because the defendants are all

government offices with DC addresses.

WHEREFORE, Plaintiff respectfully prays that this Court:

1)    Adjudicate the Adjustment Application for Ying Li in this Court and by the Court, or

alternatively, that the Court remand this case to CIS for immediate adjudication of the

Adjustment Application;

2)    Order Defendants to pay Plaintiff's costs, filing fees, and legal fees for this action

pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C §2412; and

3)    Grant any such other relief at law and in equity as justice may require.


April 10, 2007                                  Respectfully submitted,

                                               Ying Li

                                               By her attorneys,


                                               Noam B. Fischman (Bar No. 469397)
                                               MINTZ LEVIN COHN FERRIS
                                                 GLOVSKY & POPEO, PC
                                               701 Pennsylvania Avenue, N.W.
                                               Washington D.C., 20004
                                               Telephone:  (202) 434-7300
                                               Facsimile:   (202) 434-7400
                                               E-mail:  nbfischman@mintz.com

Of Counsel:

Jeffrey W. Goldman
MINTZ LEVIN COHN FERRIS
  GLOVSKY & POPEO, PC
1 Financial Center
Boston, MA  02111
Telephone:  (617) 542-6000
Facsimile:   (617) 542-2241
E-mail: jgoldman@mintz.com


3982411v.1

EXHIBIT 1

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| | | | |
|---|---|---|---|
| **RECEIPT NUMBER** EAC-04-198-50045 | | **CASE TYPE** I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS | |
| **RECEIVED DATE** June 18, 2004 | **PRIORITY DATE** | **APPLICANT** A98 416 314 LI, YING | |
| **NOTICE DATE** June 24, 2004 | **PAGE** 1 of 1 | | |

SUSAN COHEN
MINTZ LEVIN COHN FERRIS GLOVSKY
& POPEO PC
ONE FINANCIAL CENTER
BOSTON MA 02111

**Notice Type:**  Receipt Notice

Amount received: $ 385.00
Section: Adjustment as direct
         beneficiary of immigrant
         petition

The above application or petition has been received.  It usually takes 365 to 540 days from the date of this receipt for us to process this type of case.  Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case.  You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**.  If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.bcis.gov.  On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283



U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

**Appearances** – An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re:   I-485 Application filed by Dr. Ying LI | Date:  6/17/04 |
| | File No. |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

| Name:  Ying LI | ☐ Petitioner        ☒ Applicant |
| | ☐ Beneficiary |
| Address: (Apt. No.)      (Number & Street) | (City) | (State) | (Zip Code) |
| 3B      449 East 14th Street | New York | NY | 10009 |

| Name: | ☐ Petitioner        ☐ Applicant |
| | ☐ Beneficiary |
| Address: (Apt. No.)      (Number & Street) | (City) | (State) | (Zip Code) |

*Check Applicable Item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following
State, territory, insular possession, or District of Columbia
_____Massachusetts_____        _____Supreme Judicial Court_____ and am not under a court or administrative agency
Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the
United States and which is so recognized by the Board:

☐ 3. I am associated with _____
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (*If you check this item, also
check item 1 or 2 whichever is appropriate.*)

☐ 4. Others (Explain Fully.)

| SIGNATURE  *Susan J. Cohen* | COMPLETE ADDRESS  Mintz Levin Cohn Ferris Glovsky & Popeo PC  One Financial Center  Boston, MA  02111 |
| NAME (Type or Print)  Susan Cohen | TELEPHONE NUMBER  (617) 348-4468        Fax:  (617) 542-2241 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED
ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND
NATURALIZATION SERVICE SYSTEM OF RECORDS:*
Susan Cohen
_____
(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*
All Immigration Matters

| Name of Person Consenting  Ying LI | Signature of Person Consenting | Date  5/22/04 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien
lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such
records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

OMB No. 1115-0053

U.S. Department of Justice
Immigration and Naturalization Service

# Form I-485, Application to Register Permanent Resident or Adjust Status

## START HERE - Please Type or Print

### Part 1.    Information About You.

| | | |
|---|---|---|
| Family Name   LI | Given Name   Ying | Middle Initial |

Address - C/O

| | |
|---|---|
| Street Number and Name   449 East 14th Street | Apt. #   3B |

City   New York

| | |
|---|---|
| State   NY | Zip Code   10009 |
| Date of Birth (month/day/year)   03/16/1971 | Country of Birth   China |
| Social Security #   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 | A # (if any)   135-067-869 |
| Date of Last Arrival (month/day/year)   02/06/1999 | I-94 #   635657597 06 |
| Current INS Status   H-1B | Expires on (month/day/year)   08/06/2006 |

### Part 2.    Application Type. *(check one)*

I am applying for an adjustment to permanent resident status because:

a. ☒ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice– or a relative, special immigrant juvenile or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☐ my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e). [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2,1964, whichever date is later, and: *(Check one)*

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

---

### FOR INS USE ONLY

| Returned | Receipt |
|---|---|
| | |

| Resubmitted | |
|---|---|
| | |

| Reloc Sent | |
|---|---|
| | |

| Reloc Rec'd | |
|---|---|
| | |

| Applicant Interviewed | |
|---|---|
| | |

**Section of Law**
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 2 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other _____

**Country Chargeable**

**Eligibility Under Sec. 245**
Approved Visa Petition
Dependent of Principal Alien
Special Immigrant
Other

**Preference**

**Action Block**

---

**To be Completed by**
*Attorney or Representative, if any*
☒ Fill in box if G-28 is attached to represent the applicant.
VOLAG #

ATTY State License #

---

*Continued on back*

Form I-485 (Rev. 02/07/00)N Page 1

## Part 3. Processing Information.

| A. City/Town/Village of Birth  Shaanxi | Current Occupation  Assistant Professor |
|---|---|
| Your Mother's First Name  Xiuyun | Your Father's First Name  Zhipeng |

Give your name exactly how it appears on your Arrival /Departure Record (Form I-94)

Ying Li

| Place of Last Entry Into the U.S. (City/State)  San Francisco | In what status did you last enter? *(Visitor, student, exchange alien, crewman, temporary worker, without inspection, etc.)* |
|---|---|
| Were you inspected by a U.S. Immigration Officer?  ☐ Yes  ☐ No | F-1 |
| Nonimmigrant Visa Number 292485 | Consulate Where Visa Was Issued  Beijing |
| Date Visa Was Issued  1/6/1999 \(month/day/year) | Sex:  ☐ Male  ☒ Female | Marital Status  ☐ Married  ☒ Single  ☐ Divorced  ☐ Widowed |

Have you ever before applied for permanent resident status in the U.S.? ☒ No ☐ Yes  If you checked "Yes," give date and place of filing and final disposition.

B. List your present husband/wife and all your sons and daughters. (If you have none, write "none."  If additional space is needed, use a separate piece of paper.)

| Family Name  None | Given Name | Middle Initial | Date of Birth (month/day/year) |
|---|---|---|---|
| Country of Birth | Relationship | A # | Applying with You?  ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with You?  ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with You?  ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with You?  ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with You?  ☐ Yes  ☐ No |

C. List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society or similar group in the United States or in other places since your 16th birthday.  Include any foreign military service in this part.  If none, write "none."  Include the name(s) of the organization(s), location(s), dates of membership from and to, and the nature of the organization (s).  If additional space is needed, use a separate piece of paper.

None

## Part 3. Processing Information. *(Continued)*

Please answer the following questions. (If your answer is "Yes" to any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to adjust your status or register for permanent residence.)

1. Have you ever, in or outside the U. S.:
   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested? ☐ Yes ☒ No
   b. been arrested, cited, charged, indicted, fined or imprisoned for breaking or violating any law or ordinance, excluding traffic violations? ☐ Yes ☒ No
   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action? ☐ Yes ☒ No
   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U. S.? ☐ Yes ☒ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future? ☐ Yes ☒ No

3. Have you ever:
   a. within the past ten years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future? ☐ Yes ☒ No
   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling? ☐ Yes ☒ No
   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally? ☐ Yes ☒ No
   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance? ☐ Yes ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking or any other form of terrorist activity? ☐ Yes ☒ No

5. Do you intend to engage in the U.S. in:
   a. espionage? ☐ Yes ☒ No
   b. any activity a purpose of which is opposition to, or the control or overthrow of, the government of the United States, by force, violence or other unlawful means? ☐ Yes ☒ No
   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information? ☐ Yes ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party? ☐ Yes ☒ No

7. Did you, during the period from March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion? ☐ Yes ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin or political opinion? ☐ Yes ☒ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings? ☐ Yes ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration and Nationality Act for use of fradulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S. or any immigration benefit? ☐ Yes ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver? ☐ Yes ☒ No

13. Are you now withholding custody of a U.S. citizen child outside the U.S. from a person granted custody of the child? ☐ Yes ☒ No

14. Do you plan to practice polygamy in the U.S.? ☐ Yes ☒ No

*Continued on back*

Form I-485 (Rev. 02/07/00)N Page 3

**Part 4.    Signature.**    *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

**Selective Service Registration.** The following applies to you if you are a man at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System: I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS to transmit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| | Ying LI | 5/22/04 | (646) 312-3199 |

*Please Note:*    *If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested benefit and this application may be denied.*

**Part 5.    Signature of Person Preparing Form, If Other Than Above.** *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| Susan J. Cohen | Susan Cohen | 6/17/04 | (617) 348-4468 |

**Firm Name and Address**    Mintz Levin Cohn Ferris Glovsky & Popeo PC, One Financial Center, Boston, MA  02111

EXHIBIT 2

U.S Citizenship and Immigration Services - Case Status Service Online                    Page 1 of 1

 U.S. Citizenship and Immigration Services

Home   Contact Us   Site Map   FAQ

Search 
Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

**Change Of Address**

**Services While Your Case is Pending**

**Civil Surgeons**

**Processing Times**

**Case Status Online**

  **Case Status Search**

  **Register**

  **Login**

**Receipt Number: eac0419850045**

**Application Type: I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS**

**Current Status: This case is now pending at the office to which it was transferred.**

The I485 APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS that was transferred to our TEXAS SERVICE CENTER location is now pending there. You will be notified by mail when a decision is made, or if the office needs something from you. If you move while this case is pending, call customer service. We process cases in the order we receive them. You can use our processing dates to estimate when this case will be done, counting from when USCIS received it. This case is at our TEXAS SERVICE CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see our current Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact Customer Service at (800) 375 – 5283 or 1-800-767-1833 (TTY).

New Search

Printer Friendly Case Status

 Get Acrobat Reader

**04-04-2007 10:18 AM EDT**

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security

U.S Citizenship and Immigration Services - Case Status Service Online          Page 1 of 4





Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

[ Print This Page ]    [ Back ]

## U.S. Citizenship and Immigration Services
## Texas Service Center Service Center Processing Dates
## Posted March 15, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can <u>check the status of your case online</u>.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

U.S Citizenship and Immigration Services - Case Status Service Online          Page 2 of 4

<u>Case Services - How do I... know what kind of services are available to me after I file my application or petition?</u>

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

Service Center Processing Dates for **Texas Service Center** Posted March 15, 2007

| Form | Title | Classification or Basis for Filing | Now Processing Cases with Receipt Notice Date of |
|------|-------|-----------------------------------|--------------------------------------------------|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | August 02, 2006 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | December 11, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | June 03, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | June 03, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | June 03, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | February 28, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | February 13, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | June 03, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | E - Treaty traders and investors | June 03, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | February 13, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | June 03, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | June 03, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | June 03, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | June 03, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | June 03, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | June 03, 2006 |

U.S Citizenship and Immigration Services - Case Status Service Online                    Page 3 of 4

| I-131 | Application for Travel Document | All other applicants for advance parole | December 13, 2006 |
|-------|-------------------------------|------------------------------------------|-------------------|
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | September 13, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | September 13, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | September 13, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | September 13, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | September 13, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | September 13, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | September 13, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | September 13, 2006 |
| I-360 | Petition for Amerasian, Widow (er), or Special Immigrant | All other special immigrants | September 13, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | September 13, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | August 01, 2003 |
| I-526 | Immigrant Petition By Alien Entrepreneur | For use by an entrepreneur who wishes to immigrate to the United States | September 13, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | December 13, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | December 13, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | December 13, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | December 13, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | December 13, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | December 13, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | December 13, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | December 13, 2006 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional | July 19, 2006 |

U.S Citizenship and Immigration Services - Case Status Service Online                Page 4 of 4

|  |  | hardship or persecution |  |
|---|---|---|---|
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | August 23, 2006 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | December 27, 2006 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | February 14, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | December 27, 2006 |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c)(19), (a)(12)] | December 27, 2006 |
| I-765 | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a)(12)] | December 27, 2006 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | December 27, 2006 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | September 13, 2006 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | September 13, 2006 |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) | September 13, 2006 |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) based on PL107-273 | September 13, 2006 |

[ Print This Page ]   [ Back ]

**EXHIBIT 3**

# Case Status Search

Receipt Number:     eac0419850045

Application Type:     I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO
ADJUST STATUS

Current Status:
Fingerprints review completed.

Review of the fingerprints taken relating to this I485 APPLICATION TO REGISTER PERMANENT
RESIDENCE OR TO ADJUST STATUS has been completed. Processing of this case continues.
We will notify you by mail when we make a decision or if we need something from you. If you
move while this case is pending, call customer service. We process cases in the order we receive
them. You can use our processing dates to estimate when yours will be done. This case is at our
VERMONT SERVICE CENTER location. Follow the link below to check processing dates. You
can also receive automatic e-mail updates as we process your case. Just follow the link below to
register.

------------------------------------

If you have a question about case status information provided via this site, or if you have not
received a decision from USCIS within the current processing time listed, please contact
Customer Service at (800) 375   5283 or 1-800-767-1833 (TTY).





ImmigrationTracker has asked the USCIS Online Case Status Service for the status of your case.
Here's the response:

HTTP/1.1 200 OK Cache-Control: no-cache Date: Tue, 27 Feb 2007 21:26:49 GMT Pragma: No-cache Server: Microsoft-IIS/5.0 Content-Type: text/html Content-Type: text/html; charset=iso-8859-1 Expires: Thu, 01 Jan 1970 00:00:00 GMT Client-Date: Tue, 27 Feb 2007 21:40:55 GMT Client-Peer: 149.101.24.82:443 Client-SSL-Cert-Issuer: /C=US/O=VeriSign, Inc./OU=VeriSign Trust Network/OU=Terms of use at https://www.verisign.com/rpa (c) 05/CN=VeriSign Class 3 Secure Server CA Client-SSL-Cert-Subject: /C=US/ST=Maryland/L=Rockville/O=US Department of Justice/OU=INS-egov/OU=Terms of use at www.verisign.com/rpa (c)05/CN=egov.immigration.gov Client-SSL-Cipher: RC4-MD5 Client-SSL-Warning: Peer certificate not verified Link: ; rel="stylesheet" Set-Cookie: JSESSIONID=bZUtBX8BpaA-; path=/ Title: U.S Citizenship and Immigration Services - Case Status Service Online



Home    Contact Us    Site Map    FAQ

Search                          

Advanced Search

Services & Ben Immigration For Laws & Regulat About USCIS  Education & Re  Press Room

**Change Of Address**

**Services While Your Case is Pending**

**Civil Surgeons**

**Processing Times**

**Case Status Online**

**Case Status Search**

Receipt Number: EAC0419850045

**Application Type: I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS**

**Current Status: Fingerprints review completed.**

Review of the fingerprints taken relating to this I485 APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS has been completed. Processing of this case continues. We will notify you by mail when we make a decision or if we need something from you. If you move while this case is pending, call customer service. We process cases in the order we receive them. You can use our processing dates to estimate when yours will be done. This case is at our VERMONT SERVICE CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

**Register**

**Login**

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see our current Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact Customer Service at (800) 375 – 5283 or 1-800-767-1833 (TTY).

New Search

Printer Friendly Case Status



**02-27-2007 04:36 PM EST**

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security

For your convenience, here is a link to the USCIS.gov web site.

EXHIBIT 4

U.S. Department of Homeland Security
Vermont Service Center
75 Lower Welden Street
St. Albans, VT
05479-0001



**U.S. Citizenship
and Immigration
Services**

Thursday, November 3, 2005

YING LI
449 E 14TH ST APT 3B
NEW HAVEN NY 10009

Dear YING LI:

On 09/16/2005 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 06/18/2004 |
| **Receipt #:** | EAC-04-198-50045 |
| **Beneficiary (if you filed for someone else):** | LI, YING |
| **Your USCIS Account Number (A-number):** | A098416314 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. We are currently awaiting the results of required security checks on this case. These background checks are required of all who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the security checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 11-03-2005 07:50 AM EST - EAC-04-198-50045

## Correspondence Details

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | DateModified | 10/4/2006 | DateCreated | 10/04/2006 | | |

**Type*** Email **Staff** Catherine Alviso ☐ Flagged ☐ Internal

**From** Alviso, Catherine

**To** Coffman, William

**CCs**

**BCCs**

**Subject** RE: Ying Li

Hi Bill - per tel with Kim at VSC, its still pending security checks. they did recv the address change though back in early Sept.

Catherine A. Alviso | Immigration Support Assistant
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center | Boston, MA 02111
Phone: 617.348.4883| Fax: 617.542.2241
E-mail: caalviso@mintz.com
Web: www.mintz.com

―――

From: Coffman, William
Sent: Tuesday, October 03, 2006 4:58 PM
To: Alviso, Catherine
Subject: Ying Li

Can you make another call on her I-485. I want to make sure the file isnt just sitting around if the security clearances are all back now.

Bill.

**Attachments**

OK    Cancel

## Correspondence Details

| | | | | | |
|---|---|---|---|---|---|
| | Date Modified | 7/10/2006 | Date Created | 07/10/2006 | |

| Type* | Email | Staff | Catherine Alviso | ☐ Flagged ☐ Internal |
|---|---|---|---|---|
| From | Alviso, Catherine | | | |
| To | Coffman, William | | | |
| CCs | | | | |
| BCCs | | | | |
| Subject | RE: Ying Li | | | |

Hi Bill - per tel w/ Officer Leshia at VSC, still pending FBI check.

By the way, EAD/AP are about to expire in Sept/Oct.

- Cathy

Catherine A. Alviso | Immigration Support Assistant
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center | Boston, MA 02111
Phone: 617.348.4883| Fax: 617.542.2241
E-mail: caalviso@mintz.com
Web: www.mintz.com

---

From: Coffman, William
Sent: Tuesday, June 27, 2006 3:26 PM
To: Alviso, Catherine
Subject: Ying Li

Please check on her pending I-485 again. It is current and should be approved soon.

Also we need to renew her EAD card. She is sending new photos, but wants us to sign for her. Dont renew I-131 just yet--she wants to wait to see the outcome of any info. about the green card.

Bill.

Attachments

| | |
|---|---|
| OK | Cancel |

## Correspondence Details

| | DateModified | 8/30/2006 | DateCreated | 08/30/2006 |
|---|---|---|---|---|

| Type* | Email | Staff | Catherine Alviso | ☐ Flagged | ☐ Internal |
|---|---|---|---|---|---|

| From | Alviso, Catherine |
|---|---|
| To | Coffman, William |
| CCs | Inniss Collazo, Darius |
| BCCs | Alviso, Catherine |
| Subject | COA for Ying LI |

Hi Bill - we called USCIS re change of address for Ying LI.

Confirmation no T1B2420601698VSC/ T1B292060735VSC

- Cathy

Catherine A. Alviso | Immigration Support Assistant
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center | Boston, MA 02111
Phone: 617.348.4883| Fax: 617.542.2241
E-mail: caalviso@mintz.com
Web: www.mintz.com

Attachments

| OK | Cancel |
|---|---|

EXHIBIT 5

## Correspondence Details

|  | DateModified | 8/23/2005 | DateCreated | 08/23/2005 |
|---|---|---|---|---|

| Type* | Email | Staff | Catherine Alviso | ☐ Flagged | ☐ Internal |
|---|---|---|---|---|---|

| From | Alviso, Catherine |
|---|---|
| To | FBInncp@ic.fbi.gov |
| CCs | Coffman, William |
| BCCs | |
| Subject | FBI Checks for Ying LI |

To whom it may concern:

Pursuant to our conversation today with the Vermont Service Center, the Adjustment of Status application for the following applicant is still pending due to FBI checks and we have been asked to send you the following information:

Name: Ying LI
DOB: 03/16/1971
Alien No: A98 416 314

Should you need further information to process this request, please do not hesitate to contact our office.

Regards,
Cathy

Catherine A. Alviso
Legal Assistant
Mintz Levin Cohn Ferris Glovsky and Popeo, PC
One Financial Center
Boston MA 02111

tel 617-348-4883
fax 617-542-2241

Attachments

OK    Cancel

EXHIBIT 6

# MINTZ LEVIN

William L. Coffman | 617 348 1890 | wlcoffman@mintz.com

One Financial Center
Boston, MA  02111
617-542-6000
617-542-2241 fax
www.mintz.com

August 30, 2006

**VIA FEDERAL EXPRESS**

U.S. Citizenship and Immigration Services
**CHANGE OF ADDRESS**
1084-1 South Laurel Road
London, KY 40744

Re:  *Change of Address for Ms. Ying LI (A98 416 314)*

Dear Sir or Madam:

Enclosed, please find Change of Address (Form AR-11) for the above-mentioned.  Kindly update your records and feel free to contact me if you have any questions.

Very truly yours,

William L. Coffman

WLC/ca
Enclosures

cc:     US CIS Vermont Service Center
        75 Lower Welden Street
        Saint Albans, VT  05479-0001

TRA 2193513v.1

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**
BOSTON | WASHINGTON | RESTON | NEW YORK | STAMFORD | LOS ANGELES | LONDON

OMB No. 1615-0007; Expires 08/31/08

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# AR-11, Alien's Change
## of Address Card

| Name (Last in CAPS)         (First Name)         (Middle Name) | I am in the United States as a: |
|---|---|
| LI                     Ying | ☐ Visitor    ☐ Permanent Resident <br> ☐ Student   ☒ Other  AOS pending (Specify) |

| Country of Citizenship | Date of Birth (mm/dd/yyyy) | Copy Number From Alien Card |
|---|---|---|
| China | 03/16/1971 | A   **A98 416 314** |

| Present Address   (Street or Rural Route) | (City or Post Office) | (State) | (Zip Code) |
|---|---|---|---|
| 1320 North Veitch Street 1934 | Arlington | VA | 22201 |

| (If the above address is temporary) I expect to remain there | Years | Months |
|---|---|---|

| Last Address     (Street or Rural Route) | (City or Post Office) | (State) | (Zip Code) |
|---|---|---|---|
| 449 East 14th Street 3B | New York | NY | 10009 |

I work for or attend school at:  (Employer's Name or Name of School)
  Department of Accountancy, School of Business, The George Washington University

| (Street Address or Rural Route) | (City or Post Office) | (State) | (Zip Code) |
|---|---|---|---|
| 2201 G Street, NW, Funger Hall 610 | Washington | DC | 20052 |

| Port of Entry Into U.S. | Date of Entry Into U.S. (mm/dd/yyyy) | If not a Permanent Resident, my stay in the U.S. expires on: (Date - mm/dd/yyyy) |
|---|---|---|
| New York (Newark Airport) | 08/06/2006 | |

| Signature | Date (mm/dd/yyyy) | |
|---|---|---|
| | 8/19/2006 | N/A |

Form AR-11 (Rev. 01/20/06) Y

## AR-11, Alien's Change of Address Card

This card is to be used by all aliens to report a change of address within ten days of such change.

The collection of this information is required by Section 265 of the Immigration and Nationality Act (8 U.S.C. 1305).  The data is used by U.S. Citizenship and Immigration Services for statistical and record purposes and may be furnished to Federal, State, local and foreign law enforcement officials.  Failure to report a change of address is punishable by fine or imprisonment and/or removal.

**ADVISORY:  This card is not evidence of identity, age or status claimed.**

**Public Reporting Burden.** Under the Paperwork Reduction Act, an agency may not conduct or sponsor an information collection and a person is not required to respond to an information collection unless it displays a currently valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood and that impose the least possible burden on you to provide us with information.  Often this is difficult because some immigration laws are very complex.  This collection of information is estimated to average five minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including reducing this burden to:  U.S. Citizenship and Immigration Services, Regulatory Management Division, 111 Massachusetts Ave. N.W., Washington, D.C. 20529.  **Do not mail your completed form to this Washington, D.C. address.**

## Mail Your Form to the Address Shown Below:

| Department of Homeland Security | *For commercial overnight or fast freight* |
|---|---|
| U.S. Citizenship and Immigration Services | **Department of Homeland Security** |
| Change of Address | U.S. Citizenship and Immigration Services |
| P.O. Box 7134 | Change of Address |
| London, KY  40742-7134 | 1084-I South Laurel Road |
| | London, KY  40742-7134 |

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| **I (a) PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| Ying Li | Alberto Gonzales, Attorney General, et al. |

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __88888__
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Noam B. Fischman     (202) 434-7300
Mintz Levin
701 Pennsylvania Avenue, N.W., #900
Washington, D.C. 20004

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☒ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| □ **G.** *Habeas Corpus/ 2255* | □ **H.** *Employment Discrimination* | □ **I.** *FOIA/PRIVACY ACT* | □ **J.** *Student Loan* |
|---|---|---|---|
| □ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | □ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | □ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| □ **K.** *Labor/ERISA (non-employment)*<br><br>□ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting & Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ **L.** *Other Civil Rights (non-employment)*<br><br>□ 441 Voting (if not Voting Rights Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>□ 440 Other Civil Rights<br>□ 445 American w/Disabilities-Employment<br>□ 446 Americans w/Disabilities-Other | □ **M.** *Contract*<br><br>□ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment & Enforcement of Judgment<br>□ 153 Recovery of Overpayment of Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ **N.** *Three-Judge Court*<br><br>□ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  □ 2 Removed from State Court  □ 3 Remanded from Appellate Court  □ 4 Reinstated or Reopened  □ 5 Transferred from another district (specify)  □ Multi district Litigation  □ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
8 U.S.C. §1447(b) - Plaintiff requests hearing for adjudication of Plaintiff's Application for Adjustment of Status

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS □ ACTION UNDER F.R.C.P. 23   **DEMAND $**   Check YES only if demanded in complaint   **JURY DEMAND:** □ YES   □ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   □ YES   ☒ NO   If yes, please complete related case form.

DATE April 10, 2007   SIGNATURE OF ATTORNEY OF RECORD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.