UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YING LI,<br><br>        Plaintiff,<br><br>  v.<br><br>ALBERTO R. GONZALES, Attorney General of the United States, <u>et al.</u>,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Case Number: 1:07CV0662 (RMU)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel for Defendants in the above-captioned case.

Dated: June 13, 2007

                                              Respectfully submitted,

                                                /s/ Robin M. Meriweather
                                        ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                        Assistant United States Attorney
                                        555 Fourth St., N.W.
                                        Washington, D.C. 20530
                                        Phone: (202) 514-7198
                                        Fax: (202) 514-8780
                                        Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of June, 2007, I caused the foregoing Notice to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Noam B. Fischman, Esquire

Mintz Levin Cohn Ferris Glovsky & Popeo, P.C.

701 Pennsylvania Avenue, N.W.

Washington D.C. 20004

        /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114