# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YING LI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 1:07CV0662 (RMU) |
| ) | |
| ALBERTO R. GONZALES, Attorney General ) | |
| of the United States, <u>et al.</u>, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b)(2), Defendants Alberto Gonzales <u>et al.</u>, through undersigned counsel, hereby request that the Court grant Defendants a 30-day enlargement of time to answer Plaintiff's Complaint, making Defendants' Answer due July 19, 2007. Defendants' answer currently is due June 19, 2007. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiff in an effort to obtain Plaintiff's consent to this motion, and Plaintiff consents to the enlargement.

In support of this motion, Defendants state as follows:

This is an immigration case, arising out of a Form I-485 application for adjustment of status filed by Plaintiff, a citizen of the People's Republic of China. Plaintiff filed a mandamus complaint April 11, 2007, asking the Court to adjudicate Plaintiff's I-485 petition or, alternatively, remand the case to CIS for immediate adjudication of the I-485 application.

Defendants wish to answer Plaintiff's Complaint expeditiously. However, to prepare an answer, or otherwise respond to Plaintiff's complaint, the undersigned must consult with the

Department of Homeland Security and the Federal Bureau of Investigations concerning Plaintiff's factual allegations, and the facts that support any defense Defendants may raise. Counsel for Defendants needs additional time to complete that factual investigation and review of the record, and to prepare Defendants' responsive pleading.

Defendants have not previously requested that this Court enlarge the time for filing any pleading. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants an additional 30 days to answer Plaintiff's Complaint should cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time to File Answer.

Dated: June 13, 2007

                                        Respectfully submitted,

                                        /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                        /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

                                        /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of June, 2007, I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Noam B. Fischman, Esquire

Mintz Levin Cohn Ferris Glovsky & Popeo, P.C.

701 Pennsylvania Avenue, N.W.

Washington D.C. 20004

    /s Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
YING LI,                            )
                                    )
          Plaintiff,                )
                                    )
     v.                             )   Case Number:  1:07CV0662 (RMU)
                                    )
ALBERTO R. GONZALES, Attorney General )
of the United States, et al.,       )
                                    )
          Defendants.               )
                                    )
_____ )

## ORDER

Upon consideration of Defendants' Motion for Extension of Time to File Answer, it is this

_____ day of _____, 2007,

ORDERED that Defendants' Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that Defendants must submit an Answer or otherwise respond to Plaintiff's Complaint by July 19, 2007.

SO ORDERED.

                                        _____
                                        United States District Judge