UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| YING LI, Individually )<br>    )<br>    Plaintiff, )<br>v. )<br>    )<br>ALBERTO R. GONZALES, et al )<br>    Defendants. )<br>    ) | C.A. No. 1:07-cv-662 |

**CONSENT MOTION AND POINTS AND AUTHORITIES IN SUPPORT OF MOTION
TO EXTEND PLAINTIFF'S TIME TO RESPOND TO
DEFENDANTS' MOTION TO DISMISS AND MOTION TO TRANSFER**

Plaintiff, Ying Li, by and through undersigned counsel, hereby moves this Court for a 30-day extension of time to respond to Defendants' Motion to Dismiss and Motion to Transfer the above-referenced matter. Pursuant to this consent motion, Plaintiff must respond to Defendants' Motion to Dismiss and Motion to Transfer no later than September 19, 2007. Pursuant to Local Rule 7(m), the parties have conferred and Defendants' counsel has consented to this motion.

WHEREFORE, for these reasons, and for any other reasons that the Court deems just, proper, and equitable, Plaintiff respectfully requests that the Court grant her an additional 30 days to respond to Defendant's Motion to Dismiss and Defendant's Motion to Transfer the above-referenced matter.

August 14, 2007                                             Respectfully submitted,

                                                                        /s/ Noam B. Fischman
                                                                        Noam B. Fischman (Bar No. 469397)
                                                                        MINTZ LEVIN COHN FERRIS GLOVSKY
                                                                          AND POPEO, PC
                                                                        701 Pennsylvania Avenue, N.W.
                                                                        Washington, D.C. 20004
                                                                        Telephone:    202.434.7300
                                                                        Facsimile:    202.434.7400
                                                                        E-mail: nbfischman@mintz.com

                                                                        Counsel for Ying Li

2

## CERTIFICATE OF SERVICE

     I, Noam B. Fischman, hereby certify that a true copy of this document was served on all counsel of record by either by the CM/ECF system or first class mail, postage prepaid on August 14, 2007.

                                         */s/ Noam B. Fischman*
                                         Noam. B. Fischman

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| YING LI, Individually ) | |
| ) | |
| Plaintiff, ) | |
| v.                                    ) | C.A. No. 1:07-cv-662 |
| ) | |
| ALBERTO R. GONZALES, et al ) | |
| Defendants. ) | |

PROPOSED ORDER

Having duly considered Plaintiff's Consent Motion to Extend Time to Respond to Defendant's Motion to Dismiss and Motion to Transfer the above-reference matter, and understanding that Defendant consents to the relief there sought, and good cause having been shown:

It is hereby <u>ORDERED</u> that Plaintiff shall respond to said motions no later than September 19, 2007.

_____
Judge, United States District Court
for the District of Columbia