AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

| | ) | |
|---|---|---|
| Plaintiff(s) | ) | **APPEARANCE** |
| Ying LI | ) | |
| vs. | ) | CASE NUMBER 1:07CV0662(RMU) |
| Alberto Gonzales | ) | |
| Defendant(s) | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of __Thomas A. Elliot__ as counsel in this
(Attorney's Name)

case for: __Ying LI__
(Name of party or parties)

September 12 2007
Date

*[Signature]*
Signature

259713
BAR IDENTIFICATION

Thomas A. Elliot/ Elliot & Mayock
Print Name

1629 K Street NW Ste 1250
Address

Washington DC 20006
City      State      Zip Code

(202) 429 1725
Phone Number