UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YING LI, ) | |
| ) | |
| Plaintiff ) | Case No. 1:07CV0662 (RMU) |
| ) | |
| v. ) | |
| ) | |
| ALBERTO GONZALES ) | |

### CONSENT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff Ying Li, moves for a 30-day enlargement of time in which to respond to Defendants' "Motion to Dismiss or in the Alternative to Transfer." Undersigned counsel understands that the current deadline for Plaintiff's response to Defendants' "Motion to Dismiss or in the Alternative to Transfer" is September 19, 2007.

The requested enlargement is merited for the following reason:

1. Undersigned counsel was recently retained by Plaintiff to be substituted for her former counsel. Undersigned counsel formally entered his Notice of Appearance with this Court on September 12, 2007.

2. Undersigned counsel intends to file an opposition to Defendants' "Motion to Dismiss or in the Alternative to Transfer," Additionally, undersigned counsel needs to amend the original pleadings filed by former counsel as they contain some factual and legal inaccuracies. Due to the fact that he has been newly retained, undersigned counsel will need 30 days to prepare the amended complaint and respond to Defendants' motion.

3. Undersigned counsel's associate attorney, Fabienne Chatain, has spoken with

Defendants' counsel on September 10, 2007 regarding this request for enlargement of time, and Defendants' counsel has provided consent to the 30-day enlargement of time.

For the foregoing reasons, Plaintiff respectfully requests that this motion for an enlargement of time be granted.[1]

Dated: September 13, 2007

                         Respectfully submitted,

                         THOMAS A. ELLIOT, D.C. BAR # 259713
                         ELLIOT & MAYOCK
                         1629 K Street N.W., Suite 1250
                         Washington D.C. 20006

---

[1] Pursuant to the Court's Local Rule 7(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2007, I caused the foregoing Consent Motion for Enlargement of Time to be served on Defendants, by first class mail, postage prepaid, addressed as follows:

Robin M. Meriweather
Assistant United States Attorney
555 Fourth Street N.W.
Washington D.C. 20530

_____
THOMAS A. ELLIOT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YING LI, | ) |
| | ) |
| Plaintiff | )   Case No. 1:07CV0662 (RMU) |
| | ) |
| v. | ) |
| | ) |
| ALBERTO GONZALES | ) |
| | ) |

### ORDER

UPON CONSIDERATION of Plaintiff's consent motion for enlargement of time, it is hereby ORDERED that the Motion is GRANTED. Plaintiff shall respond to Defendants' motion to dismiss or in the alternative to transfer on or before October 19, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007