UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| YING LI, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case: 1:07-cv-00662 |
| : | |
| ALBERTO R. GONZALEZ, MICHAEL CHERTOFF, : | |
| EMILIO T. GONZALEZ, and ROBERT S. : | |
| MUELLER, : | |
| Defendants. : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to LCvR 83.6, I, Noam Fischman, seek leave to withdraw my appearance as counsel for Ying Li in this matter, for the reasons set forth below:

1. Ying Li has requested that she be represented by Thomas A. Elliot, of the law firm Elliot & Maycock, 1629 K. Street, NW, Suite 1250, Washington, D.C. 20006. Attorney Elliot filed a Notice of Appearance in this case on September 12, 2007.

2. My withdrawal as counsel for Ms. Li will have no foreseeable impact on either the schedule or the outcome of this case. Additionally, this motion will not affect on the ability of Ms. Li to comply with their obligations in this case.

3. The basis for my withdrawal is Ms. Li's election to retain Mr. Elliot as counsel.

WHEREFORE, Noam Fischman respectfully requests that this Court enter an order permitting him to withdraw as counsel of record.

Respectfully submitted,

**YING LI,**

By her attorneys,

/ s/ Noam B. Fischman
Noam B. Fischman, Bar #469397
Mintz, Levin, Cohn, Ferris
  Glovsky and Popeo, P.C.
701 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004
202-434-7300
202-434-7400 Facsimile

Dated: September 19, 2007

**STATEMENT OF POINTS AND AUTHORITIES**

1. LCvR 83.6

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 19th day of September, 2007, a copy of the foregoing *Motion to Withdraw and Proposed Order* was served via this Court's CM/ECF system on:

Thomas A. Elliot
ELLIOT & MAYOCK
1629 K Street, NW
Suite 1250
Washington, DC 20006-1641
(202) 429-1725
Fax: (202) 452-0161
Email: tom@elliotlaw.com

Robin Michelle Meriweather
ASSISTANT UNITED STATES ATTORNEY
555 Fourth Street, NW
Washington, DC 20530
(202) 514-7198
Fax: (202) 514-8780
Email: robin.meriweather2@usdoj.gov

                                                                               */s/ Noam B. Fischman*
                                                                                Noam B. Fischman

ACTIVE 4146345v.1

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **YING LI,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Case: 1:07-cv-00662 |
| | : | |
| **ALBERTO R. GONZALEZ, MICHAEL CHERTOFF, EMILIO T. GONZALEZ, and ROBERT S. MUELLER,** | : : : | |
| **Defendants.** | : | |

**PROPOSED ORDER**

It is hereby ORDERED that Mr. Fischman's motion to withdraw from representation of Ying Li is GRANTED on this _____ day of _____, 2007.

_____
United States District Court Judge

Copies to:

Noam Fischman
Mintz, Levin, Cohn, Ferris
   Glovsky and Popeo, P.C.
701 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004

Thomas A. Elliot
ELLIOT & MAYOCK
1629 K Street, NW
Suite 1250
Washington, DC 20006-1641

4146344v.1

Robin Michelle Meriweather
ASSISTANT UNITED STATES ATTORNEY
555 Fourth Street, NW
Washington, DC 20530