UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YING LI,                )
                        )
    Plaintiff           )    Case No. 1:07CV0662 (RMU)
                        )
    v.                  )
                        )
ALBERTO GONZALES        )
                        )

**CONSENT MOTION FOR LEAVE TO AMEND PLAINTIFF'S COMPLAINT
AND TO STRIKE DEFENDANT U.S. ATTORNEY GENERAL AS A PARTY**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, and Rule 7(i) of the Local Rules of Civil Procedure, Plaintiff Ying Li moves this Honorable Court for leave to amend the original pleading filed by her former counsel that is captioned "Petition for a Hearing on Status Adjustment Application Pursuant to I.N.A. Section 336(b), 8 U.S.C. § 1447(b)," and filed with this Court on April 11, 2007. The amendments are necessary for the following good cause:

Former counsel mistakenly labeled the nature of the suit and the cause of action as a petition for hearing under 8 U.S.C. § 1447(b). As this Court is likely aware, a petition for hearing under 8 U.S.C. § 1447(b) is to request the district court to make a determination on, or remand with instructions, an application for **naturalization** that has been pending before USCIS for over 120 days. Plaintiff Ying Li has not applied for naturalization with Defendants. Rather, she has applied for adjustment of status to permanent residence, and the petition for hearing described at 8 U.S.C. § 1447(b) is wholly inapplicable to her pending application for adjustment of status. Furthermore, the former pleadings sought the Court to adjudicate Plaintiff Ying Li's application for adjustment of status, which it cannot do. This Court can solely remand the case to Defendant USCIS with instructions to adjudicate the pending application for adjustment of

status within a reasonable and limited time. However, the ultimate decision of whether to approve or deny an application for adjustment of status remains within the sole discretionary authority of Defendant USCIS.

The proper cause of action in this matter is a mandamus complaint for declaratory and injunctive relief to compel Defendants and those acting under them to immediately take all appropriate actions to adjudicate Plaintiff's application for adjustment of status that has been pending for the last three years and four months. Jurisdiction is conferred upon this Court pursuant to 8 U.S.C. § 1329, 28 U.S.C. § 1331, 28 U.S.C. § 1361, and pursuant to 5 U.S.C. §§ 702 and 704, the Administrative Procedures Act. Jurisdiction and venue are further detailed in the amended complaint.

Finally, Plaintiff moves this Court to strike Defendant U.S. Attorney General as a party to this action as his appearance is immaterial to this suit.

Based on the foregoing, Plaintiff respectfully requests leave from this Court to file her amended complaint and to strike Defendant U.S. Attorney General as a party-defendant.[1] Defendants have agreed to this motion on both counts. The parties have agreed that Defendants shall have 30 days to respond to the amended complaint.

Dated: October 18, 2007

                                  Respectfully submitted,

                                  THOMAS A. ELLIOT, D.C. BAR # 259713
                                  ELLIOT & MAYOCK
                                  1629 K Street N.W., Suite 1250
                                  Washington D.C. 20006

---

[1] Pursuant to the Court's Local Rule 7(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October, 2007, I caused the foregoing Consent Motion for Leave to Amend Plaintiff's Complaint and to Strike Defendant U.S. Attorney General as a Party, to be filed and served on Defendants via the Court's Electronic Case Filing system, or should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon Defendants by first class mail, postage prepaid, addressed as follows:

Robin M. Meriweather
Assistant United States Attorney
555 Fourth Street N.W.
Washington D.C. 20530

_____
THOMAS A. ELLIOT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YING LI, ) | |
| ) | |
| Plaintiff ) | Case No. 1:07CV0662 (RMU) |
| ) | |
| v. ) | |
| ) | |
| ALBERTO GONZALES ) | |

## ORDER

**UPON CONSIDERATION** of Consent Motion for Leave for Plaintiff to File an Amended Complaint and to strike Defendant U.S. Attorney General as a Party, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED** that Plaintiff's amended complaint is accepted for filing.

It is further **ORDERED** that Defendants shall have 30 days to respond to Plaintiff's amended complaint from time of service.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007