UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YING LI, ) | |
| ) | |
| Plaintiff ) | Case No. 1:07CV0662 (RMU) |
| ) | |
| v. ) | |
| ) | |
| ALBERTO GONZALES, et. al. ) | |
| ) | |
| Defendants ) | |

### CONSENT MOTION TO HOLD IN ABEYANCE
### PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO
### DISMISS OR IN THE ALTERNATIVE TO TRANSFER

Plaintiff moves to hold in abeyance her response to "Defendants' Motion to Dismiss or in the Alternative to Transfer." Plaintiff has filed on October 18, 2007 an amended complaint by consent motion. The Plaintiff, through undersigned counsel, have consented to the Defendants' request tol have 30 days thereafter to respond to the amended complaint.

Defendants have not yet filed an answer to Plaintiff's original complaint filed on April 11, 2007, but have instead filed a motion to dismiss or in the alternative to transfer. Plaintiff's response to Defendants' motion is due on October 19, 2007. After discussion with Defendants' counsel, AUSA Robin Meriweather, it is the understanding of all parties that upon the filing of the amended complaint, Defendants' motion to dismiss the original complaint becomes moot.

However, if Defendants' motion to dismiss the original complaint is not mooted out by the filing of Plaintiff's amended complaint, Plaintiff moves this Court to hold in abeyance her response to Defendant's motion to dismiss until Defendants respond to her amended complaint or amend their motion to dismiss. Defendants have agreed to this motion by Plaintiff to hold in

abeyance her response. This will streamline the process, so that the parties solely address the issues raised in the amended complaint, now mooted.

Dated: October 18, 2007

                                    Respectfully submitted,

                                    /s/ Thomas A. Elliot
                                  THOMAS A. ELLIOT, D.C. BAR # 259713
                                  ELLIOT & MAYOCK
                                  1629 K Street N.W., Suite 1250
                                  Washington D.C. 20006

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October, 2007, I caused the foregoing Consent Motion to Hold in Abeyance Plaintiff's Response to Defendants' "Motion to Dismiss or in the Alternative to Transfer," to be filed and served on Defendants via the Court's Electronic Case Filing system, or should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon Defendants by first class mail, postage prepaid, addressed as follows:

Robin M. Meriweather
Assistant United States Attorney
555 Fourth Street N.W.
Washington D.C. 20530

_____
THOMAS A. ELLIOT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YING LI,                )
                        )
    Plaintiff           )    Case No. 1:07CV0662 (RMU)
                        )
    v.                  )
                        )
ALBERTO GONZALES        )
                        )

### ORDER

**UPON CONSIDERATION** of the Consent Motion to Hold in Abeyance Plaintiff's Response to "Defendants' Motion to Dismiss or in the Alternative to Transfer," it is hereby **ORDERED** that the Motion is **GRANTED**, and Plaintiff's response is not due until further ordered by the Court.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007