UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YING LI,                )
                        )
    Plaintiff           )    Case No. 1:07CV0662 (RMU)
                        )
    v.                  )
                        )
ALBERTO GONZALES        )
                        )

## CONSENT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff Ying Li, moves for a 15-day enlargement of time in which to respond to Defendants' "Motion to Dismiss or to Transfer," submitted on November 19, 2007. Undersigned counsel understands that the current deadline for Plaintiff's response to Defendants' "Motion to Dismiss or to Transfer" is November 30, 2007.

The requested enlargement is merited for the following reason:

1. Undersigned counsel's senior associate attorney who is primary working on this case was out of the office on sick leave from November 13, 2007 to November 21, 2007. Additionally, our office will be closed for Thanksgiving on November 22 and will reopen on November 26, 2007. This would only leave 5 days to respond to the government's motion.

2. Undersigned counsel's associate attorney, Fabienne Chatain, has spoken with Defendants' counsel on November 21, 2007 regarding this request for enlargement of time, and Defendants' counsel has provided consent to enlargement of time to December 15, 2007.

For the foregoing reasons, Plaintiff respectfully requests that this motion for an enlargement of time be granted.[1]

---

[1] Pursuant to the Court's Local Rule 7(c), a proposed order consistent with this motion is attached herewith.

Dated: November 21, 2007

        Respectfully submitted,

        */s/ Thomas A. Elliot*
        THOMAS A. ELLIOT, D.C. BAR # 259713
        ELLIOT & MAYOCK
        1629 K Street N.W., Suite 1250
        Washington D.C. 20006

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2007, I caused the foregoing Consent Motion for Enlargement of Time to be electronically served on Defendants' attorney:

Robin M. Meriweather
Assistant United States Attorney
555 Fourth Street N.W.
Washington D.C. 20530

_____
THOMAS A. ELLIOT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YING LI,                )
                        )
    Plaintiff           )   Case No. 1:07CV0662 (RMU)
                        )
    v.                  )
                        )
ALBERTO GONZALES        )
                        )

## ORDER

**UPON CONSIDERATION** of Plaintiff's consent motion for enlargement of time, it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff shall respond to Defendants' "Motion to Dismiss or to Transfer" on or before December 15, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007