**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|                           |   |                              |
|---------------------------|---|------------------------------|
| YING LI,                  | ) |                              |
|                           | ) |                              |
|                           | ) |                              |
| Plaintiff,                | ) |                              |
|                           | ) |                              |
| v.                        | ) | Case Number:  1:07CV0662 (RMU) |
|                           | ) |                              |
| MICHAEL B. MUKASEY, Attorney General | ) |                  |
| of the United States,  et al., | ) |                         |
|                           | ) |                              |
| Defendants.               | ) |                              |
|                           | ) |                              |

_____ )

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF**
**MOTION TO DISMISS AND OPPOSITION TO SUMMARY JUDGMENT MOTION**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Michael B. Mukasey et al.,

through undersigned counsel, hereby request that the Court enlarge the deadlines for Defendants

to submit a reply in support of their motion to dismiss or transfer and to oppose Plaintiff's motion

for summary judgment.  Defendants' reply and summary judgment opposition currently are due

December 26, and December 28, 2007, respectively.  Defendants request that their reply be due

January 9, 2008, and that their opposition be due January 16, 2008.  Pursuant to Local Rule 7(m)

and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiff in

an effort to obtain Plaintiff's consent to this motion, and Plaintiff consents to the enlargement.

There is good cause to grant this enlargement.  This is an immigration case in which

Plaintiff seeks a writ of mandamus compelling Defendants to complete the adjudication of her

Form I-485 application for adjustment of status.  On November 19, 2007, Defendants filed a

motion to dismiss for lack of jurisdiction or, in the alternative, to transfer.  See Dkt. Entry 12.  On

December 14, 2007, Plaintiff filed an opposition memorandum and a motion for summary

judgment.  See Dkt. Entries 15, 16.

There is good cause to grant this enlargement.  To prepare the reply brief and oppose

Plaintiff's motion for summary judgment, counsel for Defendants must consult with attorneys at

the Department of Homeland Security and the Federal Bureau of Investigations concerning

Plaintiff's factual allegations and other facts relevant to the legal questions at issue.  Agency

counsel at the defendant agencies also will need time to review and comment upon the draft legal

memoranda.  Defendants will be unable to complete those tasks in advance of the current

deadlines of December 26, and 28, 2007, due to the upcoming holidays.  In addition, the United

States Citizenship and Immigration Services attorney currently assigned to this case will be

leaving the agency this week, and a new agency counsel will have to familiarize herself with the

case.  For those reasons, Defendants respectfully request additional time in which to submit their

reply and summary judgment opposition.

Defendants have sought one prior enlargement of time; specifically, on June 12, 2007,

Defendants requested an enlargement of time in which to file an answer.  There are no pending

deadlines or court dates that this request for enlargement would affect.  Granting Defendants'

enlargement motion should cause no prejudice.

Dated: December 17, 2007                     Respectfully submitted,

                                             _____/s/_____
                                             JEFFREY A. TAYLOR, D.C. BAR # 498610
                                             United States Attorney


                                             _____/s/_____
                                             RUDOLPH CONTRERAS, D.C. BAR #434122
                                             Assistant United States Attorney

        /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December, 2007, I caused the foregoing Motion

for Extension of Time to be filed and served via the Court's Electronic Case Filing system or,

should I receive notice from the ECF system that electronic service was unsuccessful, to be

served upon plaintiff by first-class mail, postage prepaid, addressed as follows:


**Thomas A. Elliot**
ELLIOT & MAYOCK, LLP
1666 Connecticut Avenue, NW
5th Floor
Washington, DC 20009



                                        /s Robin M. Meriweather
                                ROBIN M. MERIWEATHER, D.C. Bar # 490114

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| YING LI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number:  1:07CV0662 (RMU) |
| | ) | |
| MICHAEL B. MUKASEY, Attorney General | ) | |
| of the United States,  <u>et al.,</u> | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____) | | |

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File Reply in Support

of Motion to Dismiss and Opposition to Summary Judgment Motion , it is this _____ day of

_____, 2007,

ORDERED that Defendants' Motion for Extension of Time be and is hereby GRANTED.

It is further ORDERED that Defendants' reply in support of their motion to dismiss,

should one be filed, is due on or before January 9, 2008.

It is further ORDERED that Defendants' opposition to Plaintiff's Motion for Summary

Judgment is due on or before January 16, 2008.

SO ORDERED.

_____
United States District Judge