UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YING LI, ) | |
| ) | |
| Plaintiff ) | Case No. 1:07CV0662 (RMU) |
| ) | |
| v. ) | |
| ) | |
| ALBERTO GONZALES, ) | |
| et al. ) | |
| ) | |

## MOTION FOR LEAVE FOR PLAINTIFF TO SUBMIT A SURREPLY BRIEF

Defendants have filed a motion to dismiss or to transfer. Plaintiff has opposed that motion. On January 9, 2008, Defendants have submitted a "Reply Memorandum in Support of Defendants' Motion to Dismiss or Transfer." Defendants urge the Court to adopt the reasoning of recent unpublished decisions from D.C. District Court Judge Leon, Judge Bates, and Judge Lamberth, respectively dated November 14, December 10, 2007, and December 17, 2007. Plaintiff Ying Li moves this Court to allow her to submit a surreply brief addressing those recent decisions, as well as the new arguments raised by Defendants in their Reply Memorandum.

Additionally, Plaintiff respectfully requests until January 25, 2008 to file her surreply brief.

Plaintiff's legal counsel has contacted Defendants' attorney who opposes this motion.

Dated: January 14, 2008

                                          Respectfully submitted,

                                          _____
                                          THOMAS A. ELLIOT, D.C. BAR # 259713
                                          ELLIOT & MAYOCK
                                          1629 K Street N.W., Suite 1250
                                          Washington D.C. 20006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **YING LI,** ) | |
| ) | |
| **Plaintiff** ) | Case No. 1:07CV0662 (RMU) |
| ) | |
| v. ) | |
| ) | |
| **ALBERTO GONZALES** ) | |

### ORDER

**UPON CONSIDERATION** of Plaintiff's motion for leave for Plaintiff to submit a surreply brief, it is hereby **ORDERED** that the Motion is **GRANTED**.

Plaintiff shall file her surreply brief on or before January 25, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008