UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YING LI, )<br>)<br>    Plaintiff   ) <br>)<br>v.                   )<br>)<br>ALBERTO GONZALES  )<br>) | Case No. 1:07CV0662 (RMU) |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff Ying Li moves for an enlargement of time in which to respond to Defendants' "Motion for Summary Judgment" and to reply to Defendants' "Opposition to Plaintiff's Motion for Summary Judgment," filed on January 16, 2008. Plaintiff's undersigned counsel needs the additional time to file the responsive pleadings due to prior commitments regarding other cases and needs an enlargement of time to February 1, 2008.

Undersigned counsel has called Defendants' counsel regarding this motion, who was unavailable, and has left her a message. Therefore, Defendants' position regarding this motion is not known at this time.

Dated: January 17, 2008

                                    Respectfully submitted,

                                    _____/s/_____
                                    THOMAS A. ELLIOT, D.C. BAR # 259713
                                    ELLIOT & MAYOCK
                                    1629 K Street N.W., Suite 1250
                                    Washington D.C. 20006
                                    tom@elliotlaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YING LI, | ) |
| | ) |
|     Plaintiff | )   Case No. 1:07CV0662 (RMU) |
| | ) |
| v. | ) |
| | ) |
| ALBERTO GONZALES | ) |
| | ) |

**ORDER**

**UPON CONSIDERATION** of Plaintiff's motion for enlargement of time, it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff shall respond to Defendants' "Motion for Summary Judgment" and to "Defendants' Opposition to Plaintiff's Motion for Summary Judgment" on or before February 1, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008