UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| YING LI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number: 1:07CV0662 (RMU) |
| | ) | |
| ALBERTO R. GONZALES, Attorney General of the United States, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Defendants, through undersigned counsel, hereby consent to Plaintiff's pending request for an enlargement of time (Docket Entry 22). The undersigned was out of the office on the date Plaintiff's counsel contacted her regarding this enlargement, and therefore could not provide Defendants' consent in advance of Plaintiff's submission of the motion. Defendants will not be prejudiced by the enlargement Plaintiff has requested.

Dated: January 22, 2008          Respectfully submitted,

                                              /s/
                                  JEFFREY A. TAYLOR, D.C. BAR # 498610
                                  United States Attorney

                                              /s/
                                  RUDOLPH CONTRERAS, D.C. BAR #434122
                                  Assistant United States Attorney

                                              /s/
                                  ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                  Assistant United States Attorney
                                  555 Fourth St., N.W.
                                  Washington, D.C. 20530
                                  Phone: (202) 514-7198   Fax: (202) 514-8780
                                  Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of January 2008, I caused the foregoing response to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Thomas Elliot
Fabienne Chatain
ELLIOT & MAYOCK
1629 K Street NW Suite 1250
Washington, D.C. 20006

    /s Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114