UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YING LI, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL B. MUKASEY, Attorney General of the United States, <u>et al.</u>, <br><br> Defendants. | Case Number: 1:07CV0662 (RMU) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS AND OPPOSITION TO SUMMARY JUDGMENT MOTION**

  Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Michael B. Mukasey <u>et al.</u>, through undersigned counsel, hereby request a 10-day enlargement of time in which to submit a reply in support of their alternative motion for summary judgment. Defendants' reply currently is due February 11, 2008. Defendants request that their reply be due February 21, 2008. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiff in an effort to obtain Plaintiff's consent to this motion, and Plaintiff consents to the enlargement.

  This is an immigration case in which Plaintiff seeks a writ of mandamus compelling Defendants to complete the adjudication of her Form I-485 application for adjustment of status. On November 19, 2007, Defendants filed a motion to dismiss for lack of jurisdiction or, in the alternative, to transfer. <u>See</u> Dkt. Entry 12. On December 14, 2007, Plaintiff filed an opposition memorandum and a motion for summary judgment. <u>See</u> Dkt. Entries 15, 16. Defendants filed an alternative motion for summary judgment January 16, 2008.

There is good cause to grant this enlargement. Although Defendants wish to submit their reply expeditiously, the undersigned Assistant United States Attorney will be unable to prepare the reply brief in advance of the current deadline. The undersigned will be out of the office for a deposition February 11, 2008, and has numerous motions and briefs due in the next ten days in other matters. In addition, the undersigned needs additional time to consult with agency counsel regarding the arguments advanced in Plaintiff's opposition brief. For those reasons, Defendants respectfully request additional time in which to submit their reply brief.

Defendants have filed two prior motions seeking enlargements of time; specifically, on June 12, 2007, Defendants requested an enlargement of time in which to file an answer, and on December 17, 2007, Defendants requested an enlargement of the deadlines for the reply and opposition briefs due December 26, and December 28, 2007. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants' enlargement motion should cause no prejudice.

Dated: February 5, 2008				Respectfully submitted,

      /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

      /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

      /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198 Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of February, 2008, I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Thomas A. Elliot
Fabienne Chatain
ELLIOT & MAYOCK, LLP
1666 Connecticut Avenue, NW
5th Floor
Washington, DC 20009

    /s Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                            )
YING LI,                                    )
                                            )
        Plaintiff,                      )
                                            )
    v.                                   )   Case Number: 1:07CV0662 (RMU)
                                            )
MICHAEL B. MUKASEY, Attorney General        )
of the United States, et al.,               )
                                            )
        Defendants.                     )
                                            )
_____)

## ORDER

Upon consideration of Defendants' Motion for Extension of Time, it is this _____ day of

_____, 2008,

ORDERED that Defendants' Motion for Extension of Time be and is hereby GRANTED.

It is further ORDERED that Defendants' reply in support of their motion for summary judgment, should one be filed, is due on or before February 21, 2008.

SO ORDERED.

                                              _____
                                              United States District Judge