UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YING LI, | ) |
|           Plaintiff, | ) |
| v. | ) Case Number 1:07CV0662 (RMU) |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security, et al., | ) |
|           Defendants. | ) |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of civil Procedure 41(a)(1), the parties, through their respective counsel, hereby agree that the above-captioned case be voluntarily dismissed without prejudice, since the defendants have adjudicated and approved the plaintiff's adjustment application, each side to bear its own costs and fees.

_/s/_
THOMAS A. ELLIOT, D.C. BAR #259713
FABIENNE CHATAIN
Elliot & Mayock, LLP
1666 Connecticut Avenue, N.W., 5th Floor
Washington, D.C. 20009
202-429-1725

*Counsel for Plaintiff*

Dated: March 21, 2008

Respectfully submitted,

_/s/_
JEFFREY A. TAYLOR, DC BAR #498610
United States Attorney

_/s/_
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

_/s/_
ROBIN M. MERIWEATHER, DC BAR #490114
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, DC 20530
Phone: 202-514-7198; Fax 202-514-8780
Robin.Meriweather2@usdoj.gov

*Counsel for Defendants*